UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-1398
_____

UNITED STATES OF AMERICA

v.

QUINTRELL REYNOS,
                                                                        Appellant


PRESENT:    McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, AMBRO,
            FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
            GREENAWAY, JR., VANASKIE, and NYGAARD*, Circuit Judges

**AMENDED ORDER**


A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.  The Clerk of

this Court shall list the case for rehearing *en banc* at the convenience of the Court.  The

opinion and judgment entered May 22, 2012 are hereby vacated.

                                        By the Court,

                                        /s/ Theodore A. McKee
                                        Chief Judge

Dated: June 22, 2012
DWB/cc:
        Joseph T. Labrum, III, Esq.
        Robert A. Zauzmer, Esq.
        Megan S. Scheib, Esq.
        William J. Winning, Esq.
_____
 *Judge Nygaard's vote is limited to panel rehearing only.